1 | Sheri B. Pan (SBN 316136)
2 | sheri@zwillgen.com
  | ZWILLGEN LAW LLP
3 | 369 Pine Street, Suite 506
4 | San Francisco, CA 94104
  | Telephone: (415) 590-2341
5 | Facsimile: (415) 636-5965

Attorneys for Defendant
TracFone Wireless, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ESPARZA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRACFONE WIRELESS, INC., a Delaware corporation d/b/a WWW.STRAIGHTTALK.COM,<br><br>Defendant. | Case No. 2:23-cv-04863-SSS-KK<br><br>**TRACFONE WIRELESS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT UNDER FED. R. CIV. P. 12(b)(1) and 12(b)(6)**<br><br>Judge: Hon. Sunshine Suzanne Sykes<br><br>Motion Date: September 29, 2023<br>Motion Time: 2:00 p.m.<br>Courtroom: 2, 2nd Floor<br><br>Action Filed: June 20, 2023 |

**PLEASE TAKE NOTICE** that on September 29, 2023, at 2:00 p.m., or as soon thereafter as the matter may be heard, before the Honorable Sunshine S. Sykes of the United States District Court, Central District of California, located at 3470 Twelfth Street, Riverside, California 92501, in Courtroom 2, 2nd Floor, Defendant TracFone Wireless, Inc. ("Defendant"), by and through its undersigned counsel, moves this Court under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for an order dismissing with prejudice Plaintiff's Complaint.

This Motion is made following the conference of Plaintiff's and TracFone's counsels pursuant to Local Rule 7-3 which took place on July 11, 2023. Scott Ferrell (counsel for Plaintiff) and Jeff Landis (counsel for TracFone) were present at the telephone conference on July 11, 2023, which lasted approximately 20 minutes. Among the matters the parties discussed during the conference were the allegations in the Complaint and TracFone's intent to file a motion to dismiss.

This Motion is based on this Notice of Motion; the accompanying Memorandum of Points and Authorities filed in support; the Declaration of Juliet Belstock; the complete record in this action; and such other matters and arguments as may come before the Court, including those raised in connection with reply briefing and oral argument relating to this Motion.

DATED: July 27, 2023                           **ZWILLGEN PLLC**

                                               By: /s/ Sheri B. Pan
                                               Sheri B. Pan (SBN 316136)
                                               sheri@zwillgen.com

                                               Attorney for Defendant
                                               TracFone Wireless, Inc.